# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GEORGE CANNING** ) | |
| ) | |
| and ) | |
| ) | |
| **JEFFREY STEINBERG**, ) | |
| ) | Case No. 13-cv-831 (RDM) |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| **U.S. DEPARTMENT OF STATE**, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## JOINT STATUS REPORT

1. This case concerns plaintiffs' Freedom of Information Act request submitted to the United States Department of State for certain documents pertaining to Presidential Study Directive 11 ("PSD-11") and for certain documents pertaining to the Muslim Brotherhood. On July 18, 2016, the State Department informed plaintiffs that it had completed all searching for and production of records responsive to their request. The parties are currently negotiating in the hopes of resolving certain disagreements related to that search and production.

2. In light of their ongoing negotiations, which the parties hope will narrow the issues remaining in this case, the parties propose that they file an additional status report on August 8, 2016, in which they will suggest a schedule for further proceedings as necessary.

Respectfully submitted,

| | |
|---|---|
| */s/ George Canning* | BENJAMIN C. MIZER |
| 60 Sycolin Road | Principal Deputy Assistant Attorney General |
| Leesburg, VA 20175 | |
| Tel: (703) 434-1904 | MARCIA BERMAN |
| | Assistant Director, Federal Programs Branch |
| */s/ Jeffrey Steinberg* | |
| 60 Sycolin Road | */s/ James O. Bickford* |
| Leesburg, VA 20175 | JAMES O. BICKFORD |
| Tel: (703) 777-7451 | New York Bar No. 5163498 |
| | Trial Attorney, U.S. Department of Justice |
| Plaintiffs *pro se* | Civil Division, Federal Programs Branch |
| (filed with authorization) | 20 Massachusetts Avenue, NW |
| | Washington, DC 20530 |
| | James.Bickford@usdoj.gov |
| | Telephone: (202) 305-7632 |
| | Facsimile: (202) 616-8470 |
| | |
| | *Counsel for Defendant* |

Dated: July 25, 2016

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2016, a copy of the foregoing status report was filed electronically via the Court's ECF system, and mailed to the pro se plaintiffs as follows:

> George Canning
> 60 Sycolin Road
> Leesburg, VA 20175
>
> Jeffrey Steinberg
> 60 Sycolin Road
> Leesburg, VA 20175

                                            */s/ James O. Bickford*
                                            James O. Bickford